UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-62380

ANDRES GOMEZ,

    Plaintiff,

v.

ALFANO BROTHERS, INC., a Florida
Corporation d/b/a Doris Italian Market,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANDRES GOMEZ ("Plaintiff") and Defendant, ALFANO BROTHERS, INC., a Florida Corporation d/b/a Doris Italian Market, ("Defendant") (Plaintiff and Defendant are collectively referred to as the Parties), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

Jointly submitted this 17th day of May, 2018.

| | |
|---|---|
| **GARCIA-MENOCAL & PEREZ, P.L.** | **SACHS SAX CAPLAN** |
| Counsel for Plaintiff | Counsel for Defendant |
| 4937 S.W. 74th Court, Unit 3 | 6111 Broken Sound Parkway, NW |
| Miami, Florida 33155 | Suite 200 |
| Telephone: (305) 533-3464 | Boca Raton, Florida 33487 |
| Facsimile: (305) 553-3031 | Telephone: (561) 994-4499 |
| E-mail: ajperezlaw@gmail.com | Facsimile: (561) 994-4985 |
| | E-mail: bduker@ssclawfirm.com |
| By: /s/Anthony J. Perez | By: /s/Brett A. Duker |
| Anthony J. Perez, Esq. | Brett A. Duker, Esq. |
| Florida Bar No. 535451 | Florida Bar No. 21609 |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 17th day of May, 2018.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court, No. 3
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail:   ajperezlaw@gmail.com
        Secondary E-Mails: agmlaw@bellsouth.net

        By:  */s/ Anthony J. Perez*
            ANTHONY J. PEREZ