```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                     CASE NO. 17-62380-CIV-ZLOCH
```

ANDRES GOMEZ,

    Plaintiff,

                                     **FINAL ORDER OF DISMISSAL**

vs.

ALFANO BROTHERS, INC., d/b/a
Doris Italian Market,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation Of Dismissal With Prejudice (DE 21) filed herein by both Parties.  The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation Of Dismissal With Prejudice (DE 21) filed herein by both Parties be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this    21st    day of May, 2018.



                                          WILLIAM J. ZLOCH
                                          Sr. United States District Judge

Copies furnished:

All Counsel of Record